**Opinion issued September 10, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00562-CV

_____

### SYLVIA AGUILAR AND MIKE AZAYED, Appellants

### V.

### RICCI DANTE BIANCHI AND ALMA KHUBIEH, Appellees

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-00393**

---

## MEMORANDUM OPINION

Appellants, Sylvia Aguilar and Mike Azayed, representing that the parties have resolved their dispute and agree that this action should be dismissed, have filed an agreed motion to dismiss the appeal and expedite issuance of the mandate.

*See* TEX. R. APP. P. 18.1(c), 42.1(a). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We direct the Clerk of this Court to issue the mandate within ten days of the date of this opinion. *See* TEX. R. APP. P. 18.1(c). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Lloyd.